```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
LINDA TAYLOR,                                                     :
                                                                  :
                         Plaintiff,                               :
                                                                  :           21-cv-10588 (LJL)
        -v-                                                       :
                                                                  :              ORDER
JP MORGAN CHASE & CO.,                                            :
                                                                  :
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022

LEWIS J. LIMAN, United States District Judge:

The parties in this matter have reached a settlement in principle. Dkt. No. 17. The case was brought in part pursuant to the Equal Pay Act, 29 U.S.C. § 206(d), which is part of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. Under current Second Circuit law, any settlement—including any proposed attorney's fee award—must be scrutinized by the Court to ensure that it is fair. *See Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020); *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Plaintiff has submitted a letter explaining the explaining the basis for the proposed settlement and why it should be approved as fair and reasonable, with reference to the factors discussed in *Wolinsky v. Scholastic*, Inc., 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012). Dkt. No. 19.

The parties are directed to appear telephonically for a settlement approval hearing on **August 17, 2022 at 2:00 p.m.** Plaintiff shall appear at the hearing. The parties are directed to dial (888) 251-2909 and use the access code 2123101.

The Court previously dismissed this action without costs and without prejudice to restoring the action to the Court's calendar within thirty days of the Order. Dkt. No. 18. That Order is vacated, and the case will be re-opened for the settlement approval hearing.

The Clerk of Court is respectfully directed to re-open the case.

SO ORDERED.

Dated: August 11, 2022
       New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge